**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kathryn M. Armstrong,
David M. Armstrong, on behalf
of themselves and all others similarly
situated,

Plaintiffs, Civil No. 00-2682 (RHK/JMM)

v. **ORDER**

International Check Services, Inc.,

Defendant.

---

The above matter was commenced on December 11, 2000. To date, it does not appear from the file that service has been effected upon the defendant. If proof of service is not filed within 120 days after the filing of the Complaint, this Court, without further notice, will dismiss the Complaint without prejudice. See Fed. R. Civ. P. 4(m).

Dated: April 25, 2001

RICHARD H. KYLE
United States District Judge



FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK