UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathryn M. Armstrong and David M. Armstrong, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

International Check Services, Inc.,

Defendant.

No. 00-CV-2682 RHK/JMM

# ORDER

This Court heard the motion of Defendant International Check Services, Inc., for an order staying this action on July 27, 2001. The Plaintiffs appeared by Mr. Thomas J. Lyons, Jr., Consumer Justice Center, P.A.; Defendant International Check Services, Inc., appeared by Brian Melendez, Faegre & Benson LLP. Having read the papers filed supporting and opposing the motion, having heard the arguments of counsel, and being familiar with all the papers and proceedings in this action, it is hereby

*Ordered,* That:

1. This action is stayed until July 31, 2001.

2. The time within which the Defendant must serve an answer or otherwise defend is enlarged until July 31, 2001.



FILED AUG 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

~~July~~ 8/2, 2001.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

______________________________________
Hon. John M. Mason
United States Magistrate Judge

M1:770941.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500