**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2682 RHK/JMM**

| | |
|---|---|
| Kathryn M. Armstrong and David M. Armstrong, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>International Check Services, Inc.,<br><br>Defendant. | **STIPULATION FOR DISMISSAL** AND ORDER |

The Plaintiffs and Defendant, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against International Check Services, Inc. may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

**ATTORNEY FOR PLAINTIFFS**

**CONSUMER JUSTICE CENTER**

By: ______________________
Thomas J. Lyons Jr., Esq.
Attorney ID #249646
342 East County Road D
Little Canada, Minnesota 55117
(651) 770-9707

Dated: 2/4/02

**ATTORNEY FOR DEFENDANT**

**FAEGRE & BENSON LLP**

By: ______________________
Brian Melendez, Esq.
Attorney I.D. #: 223633
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7309

Dated: FEB 7 2002

FILED FEB 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-2682 RHK/JMM**

| | |
|---|---|
| Kathryn M. Armstrong and David M. Armstrong, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>International Check Services, Inc.,<br><br>Defendant. | **ORDER FOR DISMISSAL** |

This matter came before the Court on the stipulation of the Plaintiffs and Defendant International Check Services, Inc., to an order dismissing all of the Plaintiffs' claims against Defendant in this case with prejudice and on the merits. Based on the stipulation between the Plaintiffs and Defendant, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiffs' claims against Defendant are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiffs and Defendant shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: 2/11, 2002

Richard H. Kyle
UNITED STATES DISTRICT JUDGE